UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**2020 SEP 24   PM 1: 53**

CLERK

BY _LAW_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| IAN R. SYLVESTER, | ) | $2:20$ -cr -85-1 |
| Defendant. | ) | |

## INDICTMENT

### Count One

The Grand Jury charges:

On or about May 28, 2020, in the District of Vermont, the defendant IAN R. SYLVESTER, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, and knowing he was such a user, did knowingly possess, in and affecting interstate commerce, one or more firearms, to wit: a Glock model 22 .40-caliber pistol and a Mossberg Shockwave .410 shotgun, said firearms having been shipped and transported in interstate and foreign commerce.

(18 U.S.C. § 922(g)(3))

## Forfeiture Notice

1.    The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging a forfeiture basis pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 922(g) as alleged in Count One, the defendant, IAN R. SYLVESTER, shall forfeit to the United States any property constituting a firearm or ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following:

      a.    Glock model 22 .40-caliber pistol bearing serial number VGP462;

      b.    Mossberg model 590 Shockwave .410 shotgun bearing serial number V0785446; and

      c.    Eighty-eight rounds, comprising various .410 shotgun shells and .40-caliber cartridges, seized from the defendant's vehicle on or about May 28, 2020.

A TRUE BILL

FOREPERSON

_____ (MJL)
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
September 2Y , 2020